UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 23.121.158.81,<br><br>　　　　Defendant. | Case No. 22-cv-04618-SK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**<br><br>Regarding Docket No. 10 |

　　　　THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for November 14, 2022, and the Court being duly advised in the premises does hereby GRANT Plaintiff's application. Plaintiff shall have until January 13, 2023 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for November 14, 2022 is continued to February 13, 2023 at 1:30 p.m.

　　　　**IT IS SO ORDERED**.

Dated: November 2, 2022

_____
SALLIE KIM
United States Magistrate Judge